UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO MORENO,<br>Plaintiff<br><br>v.<br><br>KAYEM FOODS, INC.,<br>Defendant | C.A.. No. |

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, Ernesto Moreno, by his attorneys, makes the following averments:

1. This is a civil action brought pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §§ 4301-4333 ("USERRA").

### Jurisdiction and Venue

2. This Court has jurisdiction over the subject matter of this action pursuant to 38 U.S.C. § 4323(b)(3) and 28 U.S.C. §§ 1331.

3. Venue is proper in this judicial district because the Defendant maintains a place of business within the district.

### Parties

4. The Plaintiff is and was at all relevant times a citizen of the United States and the Commonwealth of Massachusetts, residing in East Boston, Massachusetts.

5. The Defendant, Kayem Foods, Inc., is a Massachusetts corporation doing business at 75 Arlington Street, Chelsea, Massachusetts and is an employer within the meaning of 38 U.S.C. § 4303(4)(A).

## Factual Allegations

6.     The Plaintiff was employed by the Defendant from February 24, 2003 until he was involuntarily terminated on or about December 31, 2009.

7.     On or about March 18, 2009, the Plaintiff enlisted in the United States Navy Reserve and, since that time, has served in the Navy Reserve.

8.     The Plaintiff began a period of Initial Active Duty for Training ("IADT") with the Navy Reserve on or about April 9, 2009.

9.     Prior to commencing the IADT duty, the Plaintiff provided advance notice of his orders to report for active military duty to the Defendant, and he provided the Defendant with documentation of his enlistment and orders.

10.    The Defendant made notations in the Plaintiff's personnel file, indicating its knowledge of the Plaintiff's military status and reemployment rights under USERRA.

11.    The Plaintiff was on IADT duty with the Navy Reserve from on or about April 9, 2009 until on or about December 18, 2009.

12.    During December 2009, prior to his completion of IADT duty, the Plaintiff notified the Defendant that he was completing IADT and that he intended to return to his previous position of employment upon his release from active duty.

13.    Since the Plaintiff's period of active military service was for more than 180 days, the Plaintiff complied with all statutory notice requirements by informing the Defendant of his intent to return to his previous position of employment within 90 days after his completion of the period of service.

14. In response to the Plaintiff's notification of his intent to return to work, the Defendant, by and through its agents and employees, did not offer reemployment but, instead,, initially claimed falsely that the Plaintiff had resigned from his employment, and then subsequently changed its position, claiming that the Defendant was only obligated to hold the Plaintiff's position for twelve weeks and that the Plaintiff was terminated when he failed to return within that twelve-week period.

15. The Defendant willfully violated USERRA, among other ways, by willfully failing or refusing to promptly reemploy the Plaintiff upon his return from military service following his timely request for reemployment.

16. As a direct and proximate result of the Defendant's willful conduct, the Plaintiff has suffered substantial loss of earnings and other benefits.

WHEREFORE, the Plaintiff prays that the Court enter judgment against the Defendant as follows:

1. declare that the Defendant has violated USERRA, among other ways, by willfully failing or refusing to promptly reemploy the Plaintiff upon his return from military service following his timely request for reemployment;

2. Award compensatory damages;

3. Award liquidated damages equal to the amount of compensatory damages;

4. Award interest, attorney's fees and costs of litigation; and.

5. Grant such other and further relief as this Court may deem just and proper.

**TRIAL BY JURY IS DEMANDED**

        The Plaintiff,
        Ernesto Moreno,
        By his Attorneys,

        */s/ Jeffrey M. Sankey*
        Jeffrey M. Sankey, BBO #551062
        DOLAN CONNLY, P.C.
        50 Redfield Street, Suite 202
        Boston, MA 02122
        (617) 265-3100
        jsankey@dolanconnly.com